UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In Re:

Tracey Linn Becker

Case No. 17-21407-dob
Chapter 13 Bankruptcy

Hon. Daniel S. Opperman

Debtor(s).

## DEBTOR'S FIRST POST CONFIRMATION CHAPTER 13 PLAN MODIFICATION

**Tracey Linn Becker** (Debtor), by and through her counsel, Reinert & Reinert, by Joshua M. Reinert, proposes the following post confirmation modification to the debtor's Chapter 13 Plan:

1) Debtors propose the following:

    a. The debtor's Chapter 13 plan payment shall be $800 monthly.

    b. The debtor's Chapter 13 plan term shall be 60 months from the date of confirmation, September 28, 2017.

    c. Debtor shall continue to pay the Trustee her State of MI income tax refunds.

2) All other terms of the confirmed plan and the September 28, 2017, Order Confirming Plan remain the same and are incorporated herein.

3) Debtor proposes that, upon court approval of this plan modification, any plan funding delinquency as a result of missed plan payments or failure to pay income tax refunds to the Trustee is forgiven.

4) Debtor will file with the Court Amended Schedules I & J.

Pursuant to LBR 3015-2(b)(1)(C) the impact of the proposed plan modification on each class of creditors is as follows:

1) Class One:    NONE

2) Class Two:    NONE

3) Class Three:  NONE

4) Class Four:   NONE

1

| | | |
|---|---|---|
| 5) | Class Five: | NONE |
| 6) | Class Six: | NONE |
| 7) | Class Seven: | NONE |
| 8) | Class Eight: | NONE |
| 9) | Class Nine: | There may be a reduction in the distribution to Class 9 creditors. |

Attached hereto are the following as required by LBR 3015-1(b) and 3015-2(b)(1)(B):

1) Liquidation Analysis (See Attachment 1);

2) Chapter 13 Worksheet (See Attachment 2).

Dated: June 14, 2022

Respectfully Submitted,

REINERT & REINERT

/s/ Joshua M. Reinert
Joshua M. Reinert P-66185
3434 Davenport
Saginaw, MI 48602
Phone: (989) 799-8860
Email: ecf@mcreinert.com

/s/ Tracey Linn Becker
Tracey Linn Becker
Debtor

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 45,000.00 | 1,317.71 | 43,682.29 | 38,225.00 | 5,457.29 |
| REAL ESTATE OTHER THAN PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 2,400.00 | 0.00 | 2,400.00 | 2,400.00 | 0.00 |
| JEWELRY | 15.00 | 0.00 | 15.00 | 15.00 | 0.00 |
| CASH/BANK ACCOUNTS | 83.00 | 0.00 | 83.00 | 0.00 | 83.00 |
| VEHICLES | 30,475.00 | 38,504.74 | 1,500.00 | 1,500.00 | 0.00 |
| 401(k): Nexteer Automotive Salaried Retirement Plan | 23,588.48 | 0.00 | 23,588.48 | 23,588.48 | 0.00 |

Amount available upon liquidation $ 5,540.29

Less administrative expenses and costs $ 1,295.73

Less priority claims $ 4,799.58

Amount Available in Chapter 7 $ 0.00

# ATTACHMENT 2 – CHAPTER 13 WORKSHEET

| Name | Claimed Amount | Interest Rate | Monthly Payment | To Be Paid |
|---|---|---|---|---|
| Joshua Reinert | | | | $2,500.00 |
| Internal Revenue Service | $4,380.19 | | | Claim Paid in Full |
| MI Department of Treasury | $419.39 | | | Claim Paid in Full |
| Bay County Treasurer | $678.10 | 12.0000 | | Claim Paid in Full |
| Bay County Treasurer | $684.92 | 12.0000 | | Claim Paid in Full |
| Bay County Treasurer | $533.92 | 12.0000 | | Claim Paid in Full |
| Family First Credit Union | $17,912.33 | 5.2500 | | Claim Paid in Full |
| **All Unsecured Creditors** | **Total Unsecured** | **Percent Allowed** | | **Amount Allowed** |
| | $87,586.45 | 21.15% | | $18,529.51 |

ATTACHMENT 2 – CHAPTER 13 WORKSHEET