Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
111 First Street
Bay City, MI 48708

Case No.: 17−21407−dob
Chapter: 13
Judge: Daniel S. Opperman.BayCity

In Re: (NAME OF DEBTOR(S))
Tracey Linn Becker
aka Tracey Becker
813 North Huron Road
Linwood, MI 48634

Social Security No.:
xxx−xx−4986

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*79* – First Chapter 13 Post−Confirmation Plan Modification Filed by Debtor Tracey Linn Becker (RE: related document(s)21 Amended Chapter 13 Plan – Pre Confirmation). (Attachments: # 1 Notice # 2 Proposed Order)(Reinert, Joshua)

will be held on: 8/4/22 at 08:30 AM at U.S. Bankruptcy Court Courtroom, 111 First St., Bay City, MI 48708

Dated: 7/15/22

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court